Case 5:05-cr-02643 Document 9-2 Filed 12/27/2005 Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

JAN 03 2006 DF

Michael N. Milby, Clerk
Laredo Division

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CR. NO. L-05-2643 |
| DANIEL CANTU | § | |

**ORDER**

On this 2d day of January, 2006 came on to be heard Defendant's Motion for Extension of Time to File Pre-Trial Motions and the same is hereby:

GRANTED / [redacted]

Motions shall be filed no later than January 3, 2006, at 3pm

GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE.